In the Matter of the Application of CHARLES B. BAR-
FIELD, Appellant, *v.* THE BOARD OF ELECTIONS OF THE
CITY OF NEW YORK, Respondent.

*Matter of Barfield* v. *Board of Elections, N. Y. City,* 180 App.
Div. —-, affirmed.
(Argued October 31, 1917; decided November 1, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department,
entered October 25, 1917, which reversed an order of
Special Term granting an application for an order direct-
ing the board of elections of the city of New York to
receive and file certificates of nomination of Charles B.
Barfield for the office of member of assembly from the
twenty-second district and place his name upon the
ballots as candidate for such office. Mr. Barfield sought
to file an independent certificate of nomination with the
board of elections nominating him as candidate under
the bull's eye emblem, for the office of member of assem-
bly of the twenty-second assembly district, county of
Kings. This petition was rejected by the board of
elections upon the ground that it did not contain a
sufficient number of signatures.

*Benjamin Reass* for appellant.

*Lamar Hardy, Corporation Counsel* (*George A. Green*
and *Thomas F. Magner* of counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of
Richards* (221 N. Y. 684).

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK,
HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.